[No. 42415-1-II. Division Two. May 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNATHAN PAUL QUINATA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00752-9, John P. Wulle, J., entered July 11, 2011. *Dismissed* by unpublished opinion per Armstrong, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 28417-4-III. Division Three. May 22, 2012.]

*In the Matter of the Detention of* SHAWN D. BOTNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-05263-8, Annette S. Plese, J., entered August 26, 2009. *Reversed* and *remanded* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 29495-1-III. Division Three. May 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. DONEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-04031-3, Jerome J. Leveque, J., entered October 15, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 65736-4-I. Division One. May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER WISE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04552-2, Laura C. Inveen, J., entered July 19, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Cox, JJ.